UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENDRICK FELTON SHORTS**          **CIVIL ACTION**

**VERSUS**                          **NO. 10-1981**

**CIA, ET AL.**                     **SECTION "J" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this  1st   day of  September   , 2010.

_____
UNITED STATES DISTRICT JUDGE